UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>       v.<br><br>Jason Alan Morris<br><br>              Defendant. | No.  CR  06-826 ABC<br><br>***AMENDED*****<br><br>JUDGMENT  REVOKING  SUPERVISED RELEASE |

   On February 1, 2010, the attorney for the government appeared, and the defendant appeared with appointed counsel James Cooper, III, and defendant admitted to allegations 1, 2, 3, and 4, as charged in the Probation Officer's Petition dated  January 20, 2010 .

   THE COURT FINDS that the defendant violated the terms and conditions of the order of supervised release of  July 27, 2007 and ORDERS that the order of supervised release is hereby revoked, vacated, and set aside.

   **IT IS ADJUDGED** that the defendant is hereby committed to the custody of the Bureau of Prison for a term of 4 months.  Upon release form imprisonment, defendant shall be placed on Supervised Release for a term of 23 months, under the same terms and conditions as previously imposed, with the additional conditions: defendant shall participate in an inpatient residential drug treatment program, which may include counseling.  Defendant to remain until completion of program until discharged by the Program Director and Probation Officer.  Upon completion of program defendant to serve 2 months of home confinement with parents.  Defendant shall pay all or part of the costs of treating the defendant's drug dependency to the aftercare contractor during the period of community supervision, pursuant to 18 U.S.C. § 3672.  Defendant shall provide proof of payment as directed by the Probation Officer. **Defendant to self surrender to the U.S. Marshals located at the Roybal Federal Building, 255 E. Temple Street. Los Angeles, CA 90012 by 12:00 noon, February 16, 2010.**

DATED: February 3, 2010

                                                                 _____
                                                                            Audrey B. Collins
                                                                 CHIEF UNITED STATES DISTRICT JUDGE

Terry Nafisi, Clerk
Dated/Filed:  2/3/10

By: Angela Bridges /s/
      Deputy Clerk